UNITED STATES of America, Plaintiff—Appellee,

v.

Trevor LITTLE, a/k/a Trag, a/k/a Tragedy, Defendant— Appellant.

No. 08–8161.

United States Court of Appeals, Fourth Circuit.

Submitted: March 11, 2009.

Decided: March 26, 2009.

Trevor Little, Appellant Pro Se. Monica Kaminski Schwartz, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

---

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trevor Little appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Little,* No. 2:95–cr–00198–2 (S.D.W.Va. Sept. 5, 2008); *see also United States v. Dunphy,* 551 F.3d 247 (4th Cir.2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*